IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

BRANDON MICHAEL SILVA,

      Petitioner,

v.

COREY FHUERE,

      Respondent.

Case No. 6:22-cv-01886-JR

ORDER

RUSSO, Magistrate Judge

IT IS ORDERED that Petitioner's Unopposed Motion for Voluntary Dismissal (ECF No. 24) is GRANTED. The Petition for Writ of Habeas Corpus is DISMISSED, without prejudice.

DATED this   6   day of July, 2023.

                                            Jolie A. Russo
                                            United States Magistrate Judge

1 - ORDER